■ In the Matter of RILEY C. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; STEVEN C., Appellant. [28 NYS3d 623]—Appeal from an order of fact-finding and disposition of the Family Court, Suffolk County (Bernard Cheng, J.), dated January 28, 2015. The order, insofar as appealed from, upon a decision of that court dated December 16, 2014, made after a fact-finding hearing, found that the father neglected the subject child.

Ordered that the order of fact-finding and disposition is af-

firmed insofar as appealed from, without costs or disbursements.

The petitioner commenced this proceeding pursuant to Family Court Act article 10. After a fact-finding hearing, the Family Court, inter alia, found that the father neglected the subject child. The father appeals.

The Family Court's finding that the father neglected the subject child by placing the child in imminent danger of physical harm when he knowingly and intentionally drove his vehicle into a vehicle in which the child was seated is supported by a preponderance of the evidence and will not be disturbed (*see* Family Ct Act §§ 1012 [f] [i] [B]; 1046 [b]; *see also Matter of Evan F.*, 48 AD3d 811 [2008]; Vehicle and Traffic Law § 1212). Eng, P.J., Hall, Sgroi and Duffy, JJ., concur.